**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Derrick Edward Haley
In Proper Person
1914 Rose St.
Lake Charles LA 70601

| JUDGMENT ON REHEARING RENDERED AND MAILED TO ALL PARTIES OR COUNSEL OF RECORD ON **AUGUST 1, 2018**. |
| --- |

## REHEARING ACTION: August 1, 2018

**Docket Number: 17   00690-CA**

**DERRICK EDWARD HALEY and LINDA LOUISE HALEY**
**VERSUS**
**JAMES GARY GOBERT**

**Appealed from Calcasieu Parish Case No. 2015-858**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Marc T. Amy**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Derrick Edward Haley** is:

    **APPLICATION FOR REHEARING NOT CONSIDERED.  UNTIMELY.**

cc: Marshall Joseph Simien, Jr., Counsel for the Appellee